# United States Bankruptcy Court
## Northern District of Iowa

In re  **Cherie R Ritchie**                                Case No. **19-00911**

Debtor(s)        Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Cherie R Ritchie**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐     I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐     I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■     I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **July 13, 2019**                  Signature  **/s/ Cherie R Ritchie**
                                                                **Cherie R Ritchie**
                                                                Debtor

# Earnings Statement

**ADP**

SAFELITE SOLUTIONS LLC
7400 SAFELITE WAY
COLUMBUS, OH 43235

Period Beginning: 06/30/2019
Period Ending: 07/06/2019
Pay Date: 07/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 5
IA: 5

CHERIE R RITCHIE
468 MORRIS DRIVE
MARION IA 52302

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8717 | 32.40 | 546.64 | 15,648.19 |
| Holiday | 16.8717 | 8.00 | 134.97 | 539.88 |
| Overtime | | | | 103.49 |
| Ic Corp Hrly | | | | 2,534.94 |
| Paid Time Off | | | | 899.76 |
| **Gross Pay** | | | **$681.61** | 19,726.26 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -12.62 | 755.26 |
| | Social Security Tax | -39.08 | 1,141.34 |
| | Medicare Tax | -9.14 | 266.93 |
| | IA State Income Tax | -19.03 | 586.74 |
| | **Other** | | |
| | Ad&D Pst-Tx | -0.49 | 13.72 |
| | Childlife Pstax | -0.23 | 6.44 |
| | Chrtbl Donatn | -2.00 | 56.00 |
| | Dent Pre Tax | -21.32* | 596.96 |
| | Garnishment | -150.44 | 305.84 |
| | Ltd Post Tax | -2.19 | 61.32 |
| | Med Pre Tax | -26.40* | 620.40 |
| | Optl Suplfe | -1.64 | 45.92 |
| | Oth Ben Posttax | -12.65 | 428.21 |
| | Std | -2.32 | 64.96 |
| | Vision Pre Tax | -3.58* | 100.24 |
| | 401K Loan | -22.21 | 111.05 |
| | 401K Pre-Tx | -27.26* | 789.04 |
| | **Net Pay** | **$329.01** | |

| Other | this period | year to date |
|---|---|---|
| Checking 2 | -329.01 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $603.05

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 10.90 | 315.61 |

© 2000 ADP, LLC

SAFELITE SOLUTIONS LLC
7400 SAFELITE WAY
COLUMBUS, OH 43235

Advice number: 00000282110
Pay date: 07/12/2019

Deposited to the account of
CHERIE R RITCHIE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1874 | xxxx xxxx | $329.01 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**