# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

CHAPTER 7

In Re:                                                            Bankruptcy No.

Cherie R. Ritchie                                         19–00911

Debtor(s)

## ORDER Continuing Meeting of Creditors

TO:
Cherie R. Ritchie, Debtor(s);
John M. Heckel, Attorney for Debtor(s)
Sheryl Schnittjer, Trustee
U.S. Trustee;

IT IS HEREBY ORDERED that a Continued §341 Meeting of Creditors will be held on:

*August 26, 2019 at 12:45 PM*
*At: U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA*

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

IT IS FURTHER ORDERED that the Attorney for Debtor is directed to immediately serve a copy of this order on the appropriate parties and to file proof of said service with the Clerk's office.

ORDERED August 7, 2019

Thad J. Collins
Bankruptcy Judge